PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for TERRANCE TURNER**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | **CASE NO.:   2:18-CV-01403-AC**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of December 28, 2018.  I have two other motion summary judgments due on this month as well as eight hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 1st request for extension by plaintiff.

Dated: 11/14/2018                    /s/ *Peter Brixie*
                                     PETER BRIXIE
                                     Attorney at Law
                                     Attorney for Plaintiff


Dated: 11/14/2018                    /s/ *Beatrice Na*
                                     BEATRICE NA
                                     Special Assistant U. S. Attorney
                                     Attorney for Defendant

___ooo__

APPROVED AND SO ORDERED

Dated: 11/14/18

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION