MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TERRANCE TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-01403-AC<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from January 22, 2019 to March 1, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.

Defendant requests this extension due to her counsel's heavy workload. Defendant's counsel is currently responsible for two Social Security appellate cases before the United States Court of Appeals for the Ninth Circuit, in addition to nine cases that require imminent briefing in

Joint Stip. & Prop. Order for Ext.; 2:18-cv-01403-AC      1

| | |
|---|---|
| 1 | the United States District Courts for the Eastern District, Northern District, and Southern District |
| 2 | of California, and District of Nevada, as well as two district court oral arguments |

      Defendant's counsel respectfully requests this additional time to expend the necessary time to review the 1,090-page record and to evaluate the issues Plaintiff raised, and to submit Defendant's response for review by this Court.

      The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

      The parties stipulate in good faith, with no intent to prolong proceedings unduly.

                                    Respectfully submitted,

Dated: January 18, 2019                 */s/ Beatrice Na for Peter Brixie*\*
                                                (\* As authorized via email on January 18, 2019)
                                                PETER BRIXIE

                                                Attorney for Plaintiff

Dated: January 18, 2019                 MCGREGOR W. SCOTT
                                              United States Attorney

                              By:    */s/ Beatrice Na*
                                                BEATRICE NA
                                                Special Assistant United States Attorney

                                                Attorneys for Defendant

                                                <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: January 22, 2019

                                                _/s/ Allison Claire_
                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE